■ In the Matter of RONALD WISNIEWSKI, Petitioner, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Determination unanimously annulled on the law and petition granted. Memorandum: Respondent's determination that petitioner violated an institutional rule by using marihuana is not supported by substantial evidence because the reliability of two "EMIT" tests upon which the finding was based was not established on this record *(see, Matter of Lahey v Kelly,* 125 AD2d 923, *lv granted* 69 NY2d 608). The observation of a correction officer that petitioner was bobbing his head up and down on a picnic table does not, by itself, constitute substantial evidence that petitioner used marihuana *(cf., Matter of Cornish v Coughlin,* 122 AD2d 495). (Article 78 proceeding transferred by order of Supreme Court, Wyoming County, Dadd, J.) Present—Denman, J. P., Green, Balio, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD GRIFFITHS, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Erie County Court, Forma, J.—attempted burglary, second degree, and assault, second degree.) Present—Denman, J. P., Green, Balio, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE RAUL PEREZ, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Wayne County Court, Parenti, J.—rape, first degree, and burglary, second degree.) Present—Denman, J. P., Green, Balio, Lawton and Davis, JJ.